

**Memo Endor**sed: The conference currently scheduled for May 5, 2022 will instead take place on **June 16, 2022 at 10:45 a.m.**

Dated: April 27, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

<u>Via ECF</u>

April 25, 2022

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: <u>The Pythian Group Inc. v. TravelClick Inc., Index No. 21-cv-10012</u>

Dear Judge Gardephe:

I represent the defendant and cross-claim plaintiff TravelClick, Inc. in the above-referenced matter. I write jointly with counsel for plaintiff The Pythian Group Inc. pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Rule I.E, to respectfully request a further adjournment of the initial conference, which is currently scheduled to take place on May 5, 2022, as well as the related deadline for the submission of the parties' joint letter and proposed Case Management Order.

The parties seek an additional forty-five (45) day adjournment of the initial conference to a date in mid-June – potentially either June 16, or June 23 – that is convenient for the Court, in order to allow the parties to proceed with a private mediation that they have scheduled for May 26, 2022. The parties are hopeful that, through mediation, they will be able to resolve this dispute without the need to incur discovery costs. We thus seek this adjournment to conserve the resources of the parties and the Court.

This is the parties' second request for an adjournment of the initial conference; on March 3rd, this Court granted the parties' request to adjourn the initial conference from March 10 to May 5, 2022. There have been no other requests for an extension of time in this matter, and the requested extension will not impact any other deadlines. We note that plaintiff's counsel reviewed this letter prior to its submission to the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

Melissa J. Godwin

cc: All counsel (via ECF)