

**Memo Endorsed:** The conference scheduled for June 16, 2022 is adjourned to **July 7, 2022 at 11:30 a.m.**
Dated: June 15, 2022

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

<u>Via ECF</u>

June 13, 2022

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

      Re:    <u>The Pythian Group Inc. v. TravelClick Inc., Index No. 21-cv-10012</u>

Dear Judge Gardephe:

      I represent the defendant and cross-claim plaintiff TravelClick, Inc. in the above-referenced matter. I write jointly with counsel for plaintiff The Pythian Group Inc. pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Rule I.E, to respectfully request a further adjournment of the initial conference, which is currently scheduled to take place on June 16, 2022.

      The parties seek an additional short adjournment of the initial conference to a date in late-June or early July– potentially either June 30 or July 14 – that is convenient for the Court, in order to allow the parties to continue with settlement negotiations that they have been engaged with since participating in a private mediation on May 26, 2022. The parties are hopeful that they will be able to resolve this dispute without the need to engage in litigation, and thus seek this adjournment to conserve the resources of the parties and the Court.

      This is the parties' third request for an adjournment of the initial conference; on March 3rd, this Court granted the parties' request to adjourn the initial conference from March 10 to May 5, 2022, and on April 27th, this Court granted the parties' request to adjourn the conference from May 5 to June 16, 2022. While the parties have submitted their joint letter and proposed case management order, and thus some revisions to those proposed dates will need to be made, the requested extension will not impact any court-ordered discovery deadlines. We note that plaintiff's counsel reviewed this letter prior to its submission to the Court.

      We thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              Melissa J. Godwin

cc: All counsel (via ECF)