UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PYTHIAN GROUP, INC.,

    Plaintiff and Counter Defendant,

-against-

TRAVELCLICK, INC.,

    Defendant and Counter Plaintiff.

**ORDER**

21 Civ. 10012 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    By **August 12, 2022**, the parties shall file a joint letter apprising the Court of the status of settlement negotiations. If the parties have not settled by that time, the Court will enter the parties' proposed case management plan, adjusted for the time lost due to settlement efforts.

Dated: New York, New York
       July 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge